## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Romero, am a Special Agent with Homeland Security Investigations, being sworn to tell the truth, state the following:

### INTRODUCTION

1. I am employed as a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), in Puerto Rico, and have been so employed since June 2023. I am currently assigned to the Human Exploitation Investigations Group, where I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including violations of the immigration and customs laws of the United States. Prior to my employment with HSI, I was a Police Officer for 8.5 years in Washington, District of Columbia. I also received Criminal Investigator Training at the Department of Homeland Security, Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia and HSI Special Agent Training at the Homeland Security Investigations Special Agent Training in Brunswick, Georgia. This training included electronic law and evidence, the seizure of computers and smartphones, basic digital forensics processing, and the investigative uses of data regarding the proper investigative techniques, including the application and execution of search, arrest, and seizure warrants, for violations of federal laws.

2. The statements contained in this affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other law enforcement officers and agents who have engaged in numerous investigations involving the transportation of migrants who are unlawfully present in the United States, and upon facts and information from the following sources I believe to be reliable: oral and

written reports pertaining to this investigation which I received directly from the state and local law enforcement, and United States Customs and Border Protection. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint against Carlos Munoz Rondon, because there is probable cause to believe that he did knowingly and unlawfully enter the United States, having been previously ordered removed from the United States, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

### FACTS IN SUPPORT OF PROBABLE CAUSE

4. On June 7, 2024, at approximately 02:16 AM, Homeland Security Investigations (HIS) Fajardo was advised of a maritime smuggling event by United States Customs and Border Protection, Marine Interdiction Agents that made an interception and stopped a small boat operating without lights and flags, with nine individuals aboard, in the United States waters near Culebra Island traveling west towards Puerto Rico mainland. One of the individuals identified as Carlos MUNOZ Rondon, who was aboard the unidentified vessel, was detained and interviewed by Homeland Security Investigations Special Agents.

5. Carlos MUNOZ Rondon's immigration file revealed he is a Dominican Republic national born in 09/11/1992 and previously deported from the United States one or more occasions, as discussed below.

6. Homeland Security Investigations Special Agent Wilfredo Vargas interviewed Carlos MUNOZ Rondon. Special Agents read Carlos MUNOZ Rondon his Miranda Right's in his native language of Spanish. Carlos MUNOZ Rondon did not waived his Miranda Rights.

7. Immigration database records check revealed that he entered the United States legally and was issued a Legal Permanent Residence card on January 2016. Records show that on November 6, 2018, MUNOZ Rondon was arrested by HSI Philadelphia Office for Title 21 United States Code § 841 and 846 – Possession and Distribution of Narcotics and Conspiracy. Records also determined that in 2020 he was sentenced to 40 months and 2 years of supervised released. On January 1, 2023, MUNOZ Rondon was issued a final order of removal by an Immigration Judge. On March 7, 2023, MUNOZ Rondon was removed from the United States by United States Immigration and Customs Enforcement, Enforcement Removal Officers.

8. MUNOZ Rondon does not have any immigration documents allowing him to enter and/or remain in the United States legally, to include but not limited, the lack of express consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

9. MUNOZ Rondon does not have any petitions pending with the Bureau of Citizenship and Immigration Services.

SPACE LEFT IN BLANK INTENTIONALLY

10. Based upon my **training, experience, and my participation in** this investigation, I believe that probable **cause exists that Carlos MUNOZ Rondon was found in** the United States in violation of 8 U.S.C. § 1326(a) and (b)(1).

_____
Kevin Romero, Special Agent
Homeland Security Investigations

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:05 PM, this 8th day of June 2024.

_____
Honorable Marcos E. López
US Magistrate Judge
District of Puerto Rico
San Juan, Puerto Rico

1.

4